■ RAOUTI MANGAR, Appellant, v PARKASH 180 LLC et al., Respondents. [952 NYS2d 446]—

Defendants established that the half-inch height differential at the top of a two-step exterior stairway was trivial and nonactionable (*see Trincere v County of Suffolk*, 90 NY2d 976, 977 [1997]; *Morales v Riverbay Corp.*, 226 AD2d 271 [1st Dept 1996]). In opposition, plaintiff, who had walked on the steps twice daily for years without incident, failed to raise a triable is-

sue of fact. Concur—Tom, J.P., Andrias, Saxe, DeGrasse and Manzanet-Daniels, JJ.